No. 72–909. J. M. Wood Manufacturing Co., Inc. *v.* National Labor Relations Board et al. C. A. 5th Cir. Certiorari denied.

No. 72–910. Burger *v.* Anderson, Governor of Montana, et al. Sup. Ct. Mont. Certiorari denied.

No. 72–913. Cheramie *v.* Louisiana. Ct. App. La., 1st Cir. Certiorari denied.

No. 72–921. Newport Associates, Inc. *v.* Solow. Ct. App. N. Y. Certiorari denied.

No. 72–928. Drobnick et al. *v.* Andrulis, Executrix. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 72–934. Gordon, Receiver *v.* Nationwide Mutual Insurance Co. Ct. App. N. Y. Certiorari denied.

No. 72–935. Township of Freehold *v.* Schere et al. Super. Ct. N. J. Certiorari denied.

No. 72–939. Dowell *v.* Aetna Life Insurance Co. C. A. 4th Cir. Certiorari denied.

No. 72–945. Scott *v.* New Jersey. Super. Ct. N. J. Certiorari denied.

No. 72–947. Gillies *v.* Aeronaves de Mexico, S. A. C. A. 5th Cir. Certiorari denied.

No. 72–950. Reed *v.* Reed. Ct. App. Ky. Certiorari denied.